NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GUERLINE JEAN-JAQUES a/k/a Guerline )
Jean-Jacques, )
            )
           Appellant, )
            )
v. )     Case No. 2D18-3552
            )
STATE OF FLORIDA, )
            )
           Appellee. )
_____)

Opinion filed May 17, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; Bruce Kyle, Judge.

PER CURIAM.

           Affirmed.

KELLY, BLACK, and SLEET, JJ., Concur.